No. 92–5628. FORTNEY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–5632. PICQUET v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–5633. WILLIAMS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 92–5637. GONZALEZ-SUAREZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 92–5646. WADE v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 92–5647. ZAGNOJNY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–5649. BOSWELL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–5650. BEVERLY ET UX. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 92–5655. HITCHCOCK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5656. FALCONE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5657. MCINTYRE ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–5664. VICTOR v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 92–5665. SALANDRA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–5667. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–5671. GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.